JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
June 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARL ERIC PRICE,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>P.D. BRAZELTON, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-3431-PA (DFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: June 3, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　United States District Judge

**ENTERED**
CLERK, U.S. DISTRICT COURT
June 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY